Agnes Haldash, also known as Agnieszka Haldas, Appellee, v. Mary Widlak, Steve Widlak and Ignacy Haldas, Appellants.

Ignacy Haldas, Counter-Plaintiff-Appellant, v. Agnes Haldash, Counter-Defendant-Appellee.

Gen. No. 47,765.

First District, Second Division.

November 10, 1959.

Released for publication December 22, 1959.

Vincent A. Dowgialo, for appellants; Donald Hamilton, for appellee. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**